492 A.2d 61

**COMMONWEALTH of Pennsylvania**

**v.**

**Dwayne Keith HICKS a/k/a Dwayne Hicks, Appellant.**

Superior Court of Pennsylvania.

Submitted Feb. 27, 1984.

Filed April 26, 1985.

John H. Corbett, Jr., Public Defender, Pittsburgh, for appellant.

Robert L. Eberhardt, Deputy District Attorney, Pittsburgh, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

PER CURIAM:

This Opinion will supplement our earlier Opinion Per Curiam filed June 1, 1984. 328 Pa.Super. 233, 476 A.2d 978.

We have now thoroughly reviewed the trial record, briefs submitted by counsel, applicable law and the Opinion of the Honorable Samuel Strauss filed December 14, 1984.

We agree with Judge Strauss that there is no merit whatsoever to any of the issues raised in this appeal.

Judgment of sentence affirmed.